No. 68444.—Porter Pipe & Supply Co. v. United States, protest 60/16597 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of oakum the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiff was sustained.